UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN-LYONS JOHNSON:BENE,<br><br>        Plaintiff,<br><br>   v.<br><br>KAREEM SAK,<br><br>        Defendant. | Case No. 22-cv-06780-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Johnson-Bene, et al. v. Sak*, Case No. 22-cv-02661 YGR.

**IT IS SO ORDERED**.

Dated: November 4, 2022

                                               /s/ Sallie Kim
SALLIE KIM
United States Magistrate Judge